IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA RESIDENTIAL REAL ESTATE MANAGEMENT AND DEVELOPMENT CORPORATION**<br>       Plaintiff, | : : : : : | |
| v. | : | CIVIL ACTION NO. 15-6874 |
| **PAULA B. IVES**<br>       Defendant | : : : : : | |
| **PAULA B. IVES, in her individual capacity, and derivatively on behalf of Juniper East Associates, L.P., 1825 Spruce Street Associates, L.P., 2011 Spruce Street Associates, L.P., and 1912 Spruce Street Associates, L.P.**<br>       Counterclaim Plaintiff(s) | : : : : : : : | |
| v. | : : | |
| **Pennsylvania Residential Real Estate Management and Development Corporation, 1329 Lombard Street Corporation, and Robert Stolker**<br>       Counterclaim Defendants | : : : : : : : | |
|       and | : : | |
| **Juniper East Associates, L.P., 1825 Spruce Street Associates, L.P., 1912 Spruce Street Associates, L.P., and 2011 Spruce Street Associates, L.P.**<br>       Nominal Counterclaim Defendants. | : : : : : | |

## ORDER

**AND NOW,** this 1st day of December 2016, upon consideration of the Motions to Dismiss [Doc. Nos. 11 and 12], and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motions are

**DENIED**.  It is further **ORDERED** that the Counterclaim and Third-Party Defendants shall file answers within **21 days** of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

2